UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
**STEFAN JEREMIAH**, :
:
                Plaintiff, :   **ORDER ADOPTING REPORT**
:   **AND RECOMMENDATION**
    – against – :
:   25-CV-1822 (AMD) (CLP)
:
**DBG MEDIA PUBLISHERS OF OUR TIME** :
**PRESS INCORPORATED,** :
:
                Defendant. :
:
-------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

      On April 2, 2025, the plaintiff brought this action to recover damages for copyright infringement under the Copyright Act, 17 U.S.C §101 *et seq*. (ECF No. 1.) The plaintiff alleged that he created a photograph of Mayor Eric Adams for which he "owns the rights and licenses for various uses including online and print publications." (*Id.* ¶ 2.) The plaintiff alleged that the defendant, without the plaintiff's permission or authorization, copied and displayed the photograph on a website and social media account that it owns and operates, and that it engaged in this conduct "knowingly and in violation of the United States copyright laws." (*Id.* ¶¶ 3–5.) The defendant did not answer the complaint or otherwise appear, and the Clerk of Court filed an entry of default on June 30, 2025. (ECF No. 12.) On July 10, 2025, the plaintiff filed a motion for default judgment. (ECF No. 13.) The following day, the Court referred the motion to Magistrate Judge Cheryl L. Pollak. (*ECF Order dated Jul. 11, 2025*.) On November 4, 2025, Judge Pollak issued a Report and Recommendation recommending that the Court grant the motion. (ECF No. 22.) No party has filed an objection to the report and recommendation and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation omitted). The Court has carefully reviewed Judge Pollak's well-reasoned report and recommendation for clear error and finds none. Accordingly, the Court adopts the report and recommendation in its entirety. The motion for default judgment is granted, and the plaintiff is awarded $15,000 in statutory damages, $5,487.50 in attorney's fees, and $465 in costs.

**SO ORDERED.**

                                                                                        s/Ann M. Donnelly
                                                                                       ANN M. DONNELLY
                                                                                       United States District Judge

Dated: Brooklyn, New York
        December 2, 2025